**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

KEITH CALLOWAY                                                     CIVIL ACTION

VERSUS                                                             NO. 05-4003

MARLIN GUSMAN ET AL.                                               SECTION "R"(2)

**ORDER**

The Court, having reviewed *de novo* the record, the motion, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, IT IS ORDERED that plaintiff's suit is DISMISSED WITH PREJUDICE as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this 20th day of September, 2006.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE